**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

DAVID RAY EVANS                                                                PETITIONER
ADC #109126

v.                                            4:20-cv-00738-JM-JJV

ASA HUTCHINSON,
Governor, State of Arkansas; *et al*.                                RESPONDENTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.   No objections have been filed.   After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.       Mr. Evans's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice and the requested relief is DENIED.

2.       A certificate of appealability will not be issued.

Dated this 22nd day of September, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE