IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAVID RAY EVANS                                                                                   PETITIONER
ADC #109126

v.                                            4:20-cv-00738-JM-JJV

ASA HUTCHINSON,
Governor, State of Arkansas; *et al*.                                                    RESPONDENTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 22nd day of September, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE